**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Clyde DIAL, Jr., Defendant—Appellant.**

No. 09–6328.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 16, 2009.

Decided: March 25, 2010.

Clyde Dial, Jr., Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clyde Dial, Jr. appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Dial,* No. 7:02–cr–00090–F–1 (E.D.N.C. Feb. 9, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*